UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  3:08-bk-05112-PMG

CHAD EDWARD ZIEMECKI and
TRACI DENISE ZIEMECKI
                                    Chapter 13
_____Debtors___/

## ORDER DISMISSING CONFIRMED CHAPTER 13
## CASE FOR FAILURE TO MAKE PLAN PAYMENTS

The Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code on August 28, 2008. The Trustee filed a Motion to Dismiss the case for failure to make payments. Upon notice and a hearing, the Court ordered the Debtors to bring all payments current by a specific date, failing which, the Trustee was to file an Affidavit of Default and the case would be dismissed. The Trustee has filed an Affidavit of Default in this case.

Accordingly:

**IT IS ORDERED** that:

1. This case is dismissed without predjudice.

2. The automatic stay imposed by 11 U.S.C. Section 362 and the stay of action against co-debtor by 11 U.S.C. Section 1301 are lifted.

3. The Trustee shall disburse to creditors any monies not previously disbursed and file his final report.

**DONE AND ORDERED** at Jacksonville, Florida, on November ___16___, 2009.

**PAUL M. GLENN**
**Chief United States Bankruptcy Judge**

Copies to:
All Interested Parties